

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00600-CR

**EX PARTE** Rafael Alfaro **LEIJA**,

From the County Court, Kinney County, Texas
Trial Court No. 10469CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On October 11, 2022, we ordered the trial court to prepare and file a certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). We also ordered the County and District Clerk of Kinney County to file a supplemental clerk's record containing the trial court's certification by October 31, 2022. On October 31, 2022, the County and District Clerk of Kinney County filed a notification of late record stating that his office had not yet received the trial court's certification. On November 7, 2022, the County and District Clerk of Kinney County filed a supplemental clerk's record containing the trial court's certification. The notification of late record is therefore **DENIED AS MOOT**.

Our records show that the appellate record is now complete. Appellant's brief is therefore due **by November 28, 2022**. *See* TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court